JS6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OMAR LANGHORN,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>SUPERIOR COURT OF TENNESSEE, CO. OF SHELBY,<br><br>　　　　　Respondent. | No. CV 13-06554-JFW (DFM)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: 4/22/14

JOHN F. WALTER
United States District Judge